■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH PAGE, Appellant. [619 NYS2d 567] —Judgment, Supreme Court, New York County (Frederic S. Berman, J., at *Wade* hearing; John A.K. Bradley, J., at *Sandoval* hearing, trial and sentencing), rendered on or about May 6, 1992, unanimously affirmed for the reasons stated by John A.K. Bradley, J. *(People v Page,* 153 Misc 2d 870).

To do otherwise would exalt form over substance *(see also, People v Kelly,* 60 AD2d 220, 224, *affd* 44 NY2d 725 *for reasons stated below).* Concur—Wallach, J. P., Kupferman, Ross, Asch and Rubin, JJ.